IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID'S AUTO SHREDDING , INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0410-KD-B |
| ) | |
| THE SHREDDER COMPANY, LLC and ) | |
| ALFRED SCOTT NEWELL II, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This action is before the Court on the status report filed June 29, 2011, by Plaintiff David's Auto Shredding, Inc. (doc. 41). Plaintiff reports that pursuant to its Fourth Amended Plan of Reorganization, it has retained all claims and causes of action against all persons, companies or entities, and this case may proceed. However, Plaintiff seeks a delay of ten (10) days to determine whether to move for transfer of this action to the Bankruptcy Court. Plaintiff states that the Plan contains a reservation of jurisdiction in the Bankruptcy Court to enforce all causes of action on behalf of the Plaintiff as the Debtor.

**Accordingly, the stay of this action shall continue in effect until Monday**, **July 11, 2011.** In the event that this action is not transferred to the Bankruptcy Court, the parties are ordered to meet and file, on or before **August 17, 2011**, a report of parties planning meeting pursuant to Rule 26(f) of the Federal Rules of Civil Procedure**.**

**DONE** and **ORDERED** this 1st day of July, 2011.

        s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**